**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JACKSON HASKINS,      Case No.

   Plaintiff,      State Court Case No. 2016 CA 003612 NC

vs.

MACY'S CREDIT OPERATIONS, INC.,
a corporation,

   Defendant.

_____ /

**<u>NOTICE OF REMOVAL</u>**

COMES NOW, Defendant FDS Bank, improperly pled as Macy's Credit Operations, Inc. ("FDS"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(b), and files this Notice of Removal to the United States District Court for the Middle District of Florida, Tampa Division, and as grounds, states:

1.  On or about July 15, 2016, Plaintiff, Jackson Haskins ("Plaintiff"), filed a Complaint against Macy's Credit Operations, Inc. in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, captioned *Jackson Haskins v. Macy's Credit Operations, Inc.*, Case Number 2016 CA 003612 NC.

2.  The United States District Court for the Middle District of Florida has jurisdiction over this case on the basis of subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

3.  Because the alleged occurrence giving rise to this action occurred in Sarasota County, Florida, removal to this judicial district and division is appropriate.

4.  Plaintiff's Complaint seeks recovery of alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq*. ("TCPA") and Florida Consumer Collection Practices Act, Fla. Stat. § 559.55, *et seq*. ("FCCPA"). Specifically, Plaintiff alleges Macy's

Credit Operations, Inc. contacted him on his cellular phone after Plaintiff allegedly revoked consent for Macy's Credit Operations, Inc. to contact him on his cellular phone.

**I.    REMOVAL IS PROPER BECAUSE THIS COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1331.**

5.     This Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1331, and this matter is removable pursuant to 28 U.S.C. § 1441, because the federal courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

6.     Plaintiff's claims made pursuant to the TCPA arise under federal law.  It is well-settled that actions arising under the TCPA constitute the basis for federal question jurisdiction. *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 753 (2012).  This removal is therefore proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 because of this Court's original jurisdiction.

**II.   DEFENDANT HAS SATISFIED THE PROCEDURAL AND VENUE REQUIREMENTS FOR REMOVAL.**

7.     The Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida, is located within the Middle District of Florida, *see* 28 U.S.C. § 89(b), and venue for this action is proper in this Court under 28 U.S.C. § 1441(a) because the District Court for the Middle District of Florida, Tampa Division, is the "district and division embracing the place where such action is pending."

8.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the state court file are attached as Composite Exhibit "A."  No further proceedings have been had therein and FDS has not filed a substantive response to Plaintiff's Complaint.

9.      Macy's Credit Operations, Inc. first received a copy of the Complaint when its registered agent was served on or about August 15, 2016.  Removal is within thirty days and is therefore timely pursuant to 28 U.S.C. § 1446(b).

10.     Immediately following the filing of this Notice of Removal, written notice of the filing will be provided to Plaintiff's counsel by filing with the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant FDS Bank, improperly pled as Macy's Credit Operations, Inc., prays this Honorable Court accept jurisdiction of said action.

Dated: September 7, 2016.

*/s/ Ryan C. Reinert*
Christopher W. Prusaski
Florida Bar No. 121525
SHUTTS & BOWEN LLP
200 S. Biscayne Blvd., Suite 4100
Miami, Florida 33131
Telephone:     (305) 415-9453
Facsimile:      (305) 415-9853
E-Mail:          cprusaski@shutts.com

-and-

Ryan C. Reinert
Florida Bar No. 81989
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone:     (813) 229-8900
Facsimile:      (813) 229-8901
E-Mail:          rreinert@shutts.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2016, a true and correct copy of the foregoing was provided by First Class U.S. Mail and Electronic Filing with the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida to: Brian M. Hoag, Esq., Hoag Law Firm, P.A., 375 83rd Ave. N, St. Petersburg, FL 33702.

*/s/ Ryan C. Reinert*
Attorney

Filing # 44011065 E-Filed 07/15/2016 02:59:24 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,

    Plaintiff,

vs.                                CASE NO.:

MACY'S CREDIT OPERATIONS, INC.,     DEMAND FOR JURY TRIAL

    Defendant.

_____/

### COMPLAINT

**COMES NOW,** Plaintiff, JACKSON HASKINS, (hereafter "Plaintiff"), by and through undersigned counsel, hereby sues Defendant, MACY'S CREDIT OPERATIONS, INC. (hereafter "Defendant"), and states as follows:

### PRELIMINARY STATEMENT

This action arises out of Defendant's violations of the Florida Consumer Collection Practices Act, Florida Statute §§ 559.55 *et seq.* (hereafter the "FCCPA") and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

### GENERAL ALLEGATIONS

1.     Plaintiff, JACKSON HASKINS, is an individual residing in Sarasota County, Florida.

2.     This is an action for damages greater than $15,000.00.

3.     Defendant a foreign profit corporation as registered with Florida Department of State, Division of Corporations.

4.     Defendant is a "Creditor", as defined by the FCCPA, Fla. Stat. § 559.55(3), and does business throughout the state of Florida, including Sarasota County, Florida.

**Filed  07/15/2016 03:20 PM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL**

COMPOSITE EXHIBIT "A"

5.     The debt is a consumer debt as defined by the FCCPA, Florida Statute §559.55(1).

6.     Defendant is a "person" subject to regulations under the Fla. Stat. § 559.72 and 47 U.S.C. § 227(b)(1).

## FACTUAL ALLEGATIONS

7.     It is alleged by Defendant that Plaintiff, JACKSON HASKINS, owed a debt to Defendant relating to a credit card debt, Account Number: ending in 8831.

8.     Plaintiff revoked any prior express consent to contact Plaintiff via cell phone on April 7, 2016 through a facsimile transmission to Defendant's facsimile no. (513) 573-2958. *See* Composite Exhibit "1."

9.     Plaintiff's, JACKSON HASKINS, cellular telephone number is (941) 330-6645.

10.     Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls to Plaintiff's, JACKSON HASKINS, cellular telephone after Plaintiff, JACKSON HASKINS, revoked any prior express consent. *See* JACKSON HASKINS's Attached Call Log, Exhibit "2."

11.     Defendant knowingly or willfully called Plaintiff's cellular telephones after Defendant had unequivocal notice that Plaintiff was represented by an attorney and could readily ascertain the Firm's contact information.

12.     Plaintiff's attorney did not fail to respond within a reasonable period of time to any communication from Defendant, did not consent to Defendant's direct communication with Plaintiff, and Plaintiff did not initiate any communications.

13.     None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

14. None of Defendant's telephone calls placed to Plaintiff were made with Plaintiff's "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

15. All conditions precedent to the filing of this lawsuit have been performed or have occurred.

## COUNT I: VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

16. Plaintiff, JACKSON HASKINS, incorporates all allegations in paragraphs 1-15 as if stated fully herein.

17. Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

18. Defendant violated Florida Statute § 559.72(7) when it willfully communicated with the Plaintiff, JACKSON HASKINS, with such frequency as can reasonably be expected to abuse or harass Plaintiff, JACKSON HASKINS.

19. Specifically, Defendant continued to make numerous intentional telephone calls to Plaintiff's, JACKSON HASKINS, cellular telephone after being notified to no longer call Plaintiff, JACKSON HASKINS, through any means.

**WHEREFORE**, Plaintiff, JACKSON HASKINS, demands judgment against Defendant, MACY'S CREDIT OPERATIONS, INC., for the following relief:

a. any actual damages sustained by Plaintiff, JACKSON HASKINS, as a result of the above allegations;

b. additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c. pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff, JACKSON HASKINS, whole;

  d. in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff, JACKSON HASKINS; and

  e. any other relief the court deems just and proper.

### COUNT II: VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

20. Plaintiff, JACKSON HASKINS, incorporates all allegations in paragraphs 1-15 as if stated fully herein.

21. Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

22. Defendant violated the FCCPA, Fla. Stat. § 559.72(18), when it knowingly communicated with Plaintiff, JACKSON HASKINS, after it knew Plaintiff, JACKSON HASKINS, was represented by counsel and could reasonably ascertain the name and address of counsel.

23. Specifically, Defendant continued to place phone calls to Plaintiff's, JACKSON HASKINS, cellular telephone despite having actual knowledge that Plaintiff was represented by an attorney.

**WHEREFORE**, Plaintiff, JACKSON HASKINS, demands judgment against Defendant, MACY'S CREDIT OPERATIONS, INC., for the following relief:

  a. any actual damages sustained by Plaintiff, JACKSON HASKINS, as a result of the above allegations;

  b. additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

  c. pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff, JACKSON HASKINS, whole;

d.    in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff, JACKSON HASKINS; and

e.    any other relief the court deems just and proper.

**COUNT III:  VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)**

24.    Plaintiff, JACKSON HASKINS, incorporates all allegations in paragraphs 1-15 as if stated fully herein.

25.    Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

26.    Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's, JACKSON HASKINS, cellular telephone.

27.    Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's, JACKSON HASKINS, cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

28.    The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is a sophisticated credit lender that is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, JACKSON HASKINS, demands judgment against Defendant, MACY'S CREDIT OPERATIONS, INC., for the following relief:

a.    statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring the cease and desist letter, Composite Exhibit "1";

b.    an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

c.       any other relief the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Date: **July 15, 2016**

Respectfully Submitted,

**Hoag Law Firm, P.A.**

/s/ *Brian M. Hoag*
**Brian M. Hoag**, Fla. Bar No.: 012339
Email: brian@hoaglawfirm.com
jill@hoaglawfirm.com
375 83rd Avenue North
St. Petersburg, Florida 33702
Phone: (727) 231-5420
Fax:    (888) 503-2182
**Attorney for Plaintiff**



"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages ____ through ___6___ of the instrument filed in
this office. The original instrument filed contains ___6___
pages.
☑ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this ____ day of
_____ 20____."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____
    Deputy Clerk

Page **6** of **6**

Filing # 44011065 E-Filed 07/15/2016 02:59:24 PM

April 6th, 2016

Via Fax 513-573-2958

Macy's Credit

re: Account # ending in 5831

To whom it may concern,

As you are aware, I have an account with Macy's Credit with the above referenced account number. I've had issues in the past in paying in a timely fashion. So I have hired attorney Brian Hoag to help me in regards to the above referenced account to look into possible loss mitigation efforts including modification of the repayment plan. Please do not contact me on any of my mobile, cellular devices or phone numbers regarding the account. Rather, if you have any questions or concerns, please contact Mr. Hoag at phone number (727) 231-5420, or send written correspondence to 375 83rd Avenue N, St Petersburg, FL 33702

Thank you for your attention,

JACKSON Haskins

EXHIBIT

**Scanned by CamScanner**





"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages _____ through _____ of the instrument filed in
this office. The original instrument filed contains _____
pages.
☐ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this _____ day of
_____ 20__
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____ Deputy Clerk

1:1:2.4PM

1 E-Filed 07/15/2016 02:59:24 PM

Filing # 44011065 E-Filed 07/15/2016 02:59:24 PM



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

## CREDITOR CALL LOG

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/5/16 7:43 pm                     Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/6/16 3:21 pm                     Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/6/16 12:20 pm                    Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/6/16 6:21 pm                     Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

EXHIBIT

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



**LAW FIRM, P.A.**

BRIAN M HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/8/16 10:55 am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/8/16 1:56 pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/8/16 4:57 pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/11/16 2:58 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/11/16 7:31 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/12/16 1:34 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/12/16 4:35 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 4/12/16 7:35 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/13/16 12:43 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/13/16 3:45 pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/13/16 6:45 pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/14/16 10:33 am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/14/16 1:33 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/14/16 4:34 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-800-511-3207

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/15/16 8:38 am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/15/16 1:56 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes  /  No**

Date and Time: 4/15/16 4:28 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes  /  No**

Date and Time: 4/16/16 8:34 am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes  /  No**

Date and Time: 4/16/16 10:25 am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes  /  No**

Date and Time: 4/17/16 10:44 am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 1-727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/17/16 1:09 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/17/16        2:47 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/17/16        4:41 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/17/16        5:46 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/17/16      6:18 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/18/16   8:57 am              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/18/16    2:30 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/18/16   6:08 pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone   Yes / No

Date and Time: 4/18/16        8:05 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 4/19/16  9:33 am                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 4/19/16  1:59 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 4/19/16  3:11 pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/19/16  4:00 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/19/16  4:44 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/19/16  5:19 pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time:  4/20/16        9:19 am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8718

Representatives Name:

Account Number: Account number ending in 8831



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time:  4/20/16        12:15 pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 4/20/16        12:56 pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 4/20/16  1:52                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 4/20/16        3:13 pm       Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/20/16       3:56pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time:  4/21/16  8:39am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/21/16    10:25pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/21/16       12:34pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/23/16          8:22am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/23/16          9:53am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/23/16          12:46pm                   Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/23/16          3:59pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/24/16        10:53am                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/24/16        2:18pm                 Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/24/16        5:47pm                 Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/25/16        9:57am                 Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/25/16        1:52pm                          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/25/16        6:25pm                          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time:  4/26/16        9:23am                          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/26/16        1:37pm                          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone   Yes / No

Date and Time: 4/26/16          2:52pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:  513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 4/26/16          3:52pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 4/26/16          6:01pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 4/26/16          7:38pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



# HOAG
## LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/27/16          8:47am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/27/16          1:14pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/27/16          2:00pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/27/16          2:44pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/27/16         3:47pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 4/28/16         8:57am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/6/16         8:18am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/6/16         513-754-9874          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/6/16          2:43pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/7/16          8:20am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/8/16          10:46am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/8/16          12:42pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8038

Representatives Name:

Account Number: Account number ending in 8831



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/8/16          2:02pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/8/16          3:16pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/8/16          4:13pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/10/16         9:29am                   Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9874

Representatives Name:

Account Number: Account number ending in 8831



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/10/16          12:37pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/10/16          1:17pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/10/16          2:43pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/10/16          3:53pm                     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/10/16  4:38pm                    Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:    513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/11/16        10:21am                    Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:    513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/11/16        2:43pm                    Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:    513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/11/16        4:16pm                    Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:    513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---



# HOAG
## LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone   Yes / No

Date and Time: 5/11/16        4:53pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 5/11/16 5:41 pm              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 513-754-9874

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 5/13/16        8:26am              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 5/13/16   12:33pm              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/13/16   2:13pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/13/16   4:03pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/14/16   8:25am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:  513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/14/16   10:07am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/14/16   3:03pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/14/16   4:41pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/15/16   12:07pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/15/16   2:23pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/15/16          5:01pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/15/16          6:34pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/16/16          9:59am             Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/16/16          2:18pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9841

Representatives Name:

Account Number: Account number ending in 8831



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/16/16        4:02pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/16/16   6:13pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/16/16   7:43pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 5/17/16        12:15pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone  Yes / No

Date and Time: 5/17/16        1:51pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 5/17/16        4:31pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 5/17/16  6:19pm                 Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 5/17/16    7:54pm              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/18/16          9:20am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/18/16          10:52am                   Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/18/16          1:13pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/18/16          2:23pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/18/16     3:49pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/20/16       8:28am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/20/16       12:07pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/20/16   3:32pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/21/16    9:01am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/21/16    3:09pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9841

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/22/16    10:52am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5492

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/22/16   1:38          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---



BRIAN M HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone   Yes / No

Date and Time: 5/22/16   3:09pm   Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:   513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 5/22/16   4:31p.   Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:   513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 5/22/16   5:25pm   Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:   513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes / No

Date and Time: 5/22/16   6:18pm   Conversation Notes:

Creditor's Name: Macy's

Creditor's Phone Number:   727-556-5492

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/23/16          9:24am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5492

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time:  5/23/16          1:53pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/23/16          3:55pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/23/16   5:28pm      Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone   Yes  /  No

Date and Time: 5/23/16        7:58pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5492

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes  /  No

Date and Time: 5/24/16        9:33am        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5492

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes  /  No

Date and Time:  5/24/16        12:39pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes  /  No

Date and Time: 5/26/16        9:22am        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5492

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/26/16        1:16pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/28/16        8:52am            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/28/16        12:37pm           Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/28/16        4:05pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-7978

Representatives Name:

Account Number: Account number ending in 8831

---



**BRIAN M HOAG**
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/29/16    10:38am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9863

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/29/16   1:44pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8739

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/29/26    4:05          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9863

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 5/29/16    5:00pm    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8739

Representatives Name:

Account Number: Account number ending in 8831

---



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 5/29/16      6:12pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9863

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/4/16      9:26am     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9863

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/4/16      3:38pm      Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9863

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/5/16      10:51am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/5/16     1:35pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/5/16     4:33pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/5/16     5:59pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/5/16     6:50pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/7/16          12:44pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/7/16          3:58pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/7/16      5:10pm     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/7/16          6:15pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



## LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/7/16        6:55pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/7/16        7:38pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/8/16        9:55am        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/8/16        1:28pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/8/16          3:05pm              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/8/16          5:40pm              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/8/16          7:54pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/9/16          10:08am             Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone   Yes  /  No

Date and Time: 6/10/16        8:40am              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes  /  No

Date and Time: 6/10/16        10:52am             Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes  /  No

Date and Time: 6/11/16     8:41am     Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8717

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone   Yes  /  No

Date and Time: 6/11/16        4:53pm              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9837

Representatives Name:

Account Number: Account number ending in 8831

---



# HOAG
## LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/12/16        11:39am        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:        513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/12/16        2:10pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:        513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/12/16        4:22pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:        513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/12/16        5:56pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:        513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/13/16          9:41am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/13/16          2:27pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/13/16          4:19pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/13/16          5:27pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone  Yes / No

Date and Time: 6/13/16        6:27pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 6/13/16        8:20pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 6/14/16        10:23am                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 6/14/16        2:23pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Call Received on a Cell Phone  Yes / No

Date and Time: 6/14/16        3:57pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 6/14:16      5:55pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 6/14/16      7:04pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

Call Received on a Cell Phone  Yes / No

Date and Time: 6/15/16      8:49am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/15/16          10:53am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/15/16          1:18pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/15/16          3:55pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/15/16          4:50pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/15/16        6:33pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/16/16        9:48am              Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/16/16        1:49pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/16/16        3:54pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number: 727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/16/17          7:19pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   727-556-7300

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/17/16          8:32am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/17/16          12:00pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/17/16          4:11pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/18/16        9:29am        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/18/16        1:27pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/18/16        4:41pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8031

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/19/16        12:20pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/19/16          3:13pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/19/16          5:14pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/19/16          6:24pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/20/16          10:25am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/20/16          3:30pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/20/16          7:18pm           Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/21/16          9:20am                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/21/16          2:04pm                Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/21/16            4:11pm            Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/21/16       5:00pm       Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/22/16       2:06pm       Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/22/16       3:43pm       Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:   513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



**HOAG**
LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/22/16          4:44pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/22/16          5:56pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/22/16          8:28pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:  727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/23/16          9:19am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---



**LAW FIRM, P.A.**

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/23/16          10:26am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/23/16          1:03pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/23/16          1:58pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/23/16          3:00pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:      513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/24/16          8:31am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/24/16          1:01pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/24/16          4:06pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/25/16          9:44am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9852

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/25/16        3:03pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    727-556-5772

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/26/16        12:23pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/26/16        2:24 pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/26/16        4:47pm        Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/26/26          6:12pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/27/16          9:22am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/27/16          3:31pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 6/28/16          10:35am          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/28/16          2:32pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/28/16          6:47pm                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/28/16          7:52pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone   Yes  /  No**

Date and Time: 6/29/16          8:43am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-573-8038

Representatives Name:

Account Number: Account number ending in 8831

---



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/29/16        10:30am                    Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/29/16        12:29pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/29/16        2:54pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/29/16        4:27pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:    513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---



## LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone  Yes / No**

Date and Time: 6/29/16          6:23pm          Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:     513-754-9822

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time:                  Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time:                  Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:

Representatives Name:

Account Number: Account number ending in 8831

---

**Call Received on a Cell Phone  Yes / No**

Date and Time:                  Conversation Notes:

Creditor's Name:  Macy's

Creditor's Phone Number:

Representatives Name:

Account Number: Account number ending in 8831

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569

Filing # 44011065 E-Filed 07/15/2016 02:59:24 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,

      Plaintiff,

vs.                             CASE NO.:

MACY'S CREDIT OPERATIONS, INC.,

      Defendant.
_____/

**PLAINTIFF'S REQUEST TO PRODUCE TO DEFENDANT,**

      COMES NOW, Plaintiff, JACKSON HASKINS, by and through undersigned counsel, and

pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, request Defendant, MACY'S CREDIT

OPERATIONS, INC., produce the following documents to the undersigned, at this office, within

forty five (45) days from the date of service for examination, inspection and copying, and as grounds

for such request say that the materials are relevant or material to the issues in this cause:

1. Documents that identify or support that Defendant established and implemented reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under the Telephone Consumer Protection Act.

    **Response:**


2. Documents that identify each person responsible for formulating, supervising, or enforcing Defendant's policies, procedures, and practices concerning Telephone Consumer Protection Act compliance.

    **Response:**

3.  Documents that identify the telephone dialing system that Defendant used to make calls to Plaintiffs, including the type of equipment, location of the telephone dialing system, as well as the name and address of any individuals making any of the calls to Plaintiffs.

**Response:**

4.  Documents relevant, related to, or reflecting any aspect of any efforts undertaken by Defendant to collect any debt(s) from Plaintiffs, or to any debt(s) purportedly owed by Plaintiffs to Defendant.

**Response:**

5.  Documents that identify Defendant's procedure and policy with respect to the maintenance, preservation, and destruction of documents, stating in your Answer whether any documents or things relating to any information Requested in these interrogatories, or related in any way to this lawsuit, have ever been destroyed or are no longer in your custody. For each such document, please identify the document, how, when and why each document was destroyed or otherwise left your control, the identity of any person who participated in any way in the destruction and/or action for destroying the document or to transfer it out of your control or custody; and if the document still exists, identify the person now having control or custody of the document.

**Response:**

6.  Documents that Defendant alleges support any of its defenses in this lawsuit.

**Response:**

7. Recordings Defendant has ever possessed in relation to the Plaintiffs in this action.

   **Response:**

8. Documents that identify or describe the policy Defendant implements regarding the investigation of complaints it received about violations of the Telephone Consumer Protection Act during the previous three years.

   **Response:**

9. A list of all lawsuits, within the last 3 years, alleging any violations of the Telephone Consumer Protection Act, filed against Defendant, any predecessor, successor, or affiliated entity of Defendant, or against any officer, director, manager, employee, contractor, or agent of Defendant, listing the name of the Plaintiff(s), Defendant(s), case number or designation, court where filed, date filed, disposition, date of disposition, and all actions taken by Defendant as a result.

   **Response:**

10. A list of all complainants, within the last 3 years, including but not limited to individuals, businesses, offices of any federal agency, and/or offices of any state agency or any political subdivision thereof, who have made any type of complaints against Defendant, any predecessor or successor to Defendant, or against any officer, director, manager, employee or contractor of Defendant, complaining of any alleged violations of the TCPA, regardless of whether suit arose out of such complaints, fully identifying the complainant by name and address, telephone number, the nature of the complaint(s), the disposition, date of disposition and all actions taken by Defendant as a result.

    **Response:**

11. If Defendant contends that the Telephone Consumer Protection Act does not apply to Defendant, or that the acts alleged in the Complaint are not covered or regulated by the Telephone Consumer Protection Act, any documents that support such contention.

   **Response:**

12. If Defendant contends any person or entity other than Defendant is, or may be liable, in whole or part for the claims asserted against Defendant in this lawsuit, any documents that support such contention.

   **Response:**

13. Any and all written statements, including opinions, memoranda, and reports from Defendant, Defendant's agents, and employees which Defendant expects to introduce into evidence at the trial of this cause.

   **Response:**

14. Any and all written statements, including opinions, memoranda, and reports of any and all witnesses and/or experts which you expect to introduce into evidence or utilize at the trial of this cause.

   **Response:**

15. Any and all documents mentioned, used, or consulted to answer any Interrogatory, served in conjunction to this request to produce.

      **Response:**


## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of these Requests to Produce have been served upon the Defendant via service of process with the Summons and Complaint in this matter.

               **Hoag Law Firm, P.A.**


              /s/ *Brian M. Hoag*
              **Brian M. Hoag,** Fla. Bar No.: 012339
              Email: brian@hoaglawfirm.com
              jill@hoaglawfirm.com
              375 83rd Avenue North
              St. Petersburg, Florida 33702
              Phone: (727) 231-5420
              Fax:   (888) 503-2182
              **Attorney for Plaintiff**

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages ___ through ___ of the instrument filed in this office. The original instrument filed contains ___ pages.
☑ This copy has no redactions.  ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this ___ day of ___ 20__
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: ___
Deputy Clerk

Filing # 44011065 E-Filed 07/15/2016 02:59:24 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,

     Plaintiff,

vs.                       CASE NO.:

MACY'S CREDIT OPERATIONS, INC.,

     Defendant.
_____/

### PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT

     COMES NOW, Plaintiff, JACKSON HASKINS, by and through undersigned counsel,

pursuant to Rule No. 1.340(e) of the Florida Rules of Civil Procedure, hereby files this Notice of

Service of Interrogatories propounded upon Defendant, MACY'S CREDIT OPERATIONS,

INC., A Foreign Profit Corporation.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of these Interrogatories have been
served upon the Defendant via service of process with the Summons and Complaint in this
matter.

               **Hoag Law Firm, P.A.**

               */s/ Brian M. Hoag*
               **Brian M. Hoag**, Fla. Bar No.: 012339
               Email: brian@hoaglawfirm.com
               jill@hoaglawfirm.com
               375 83rd Avenue North
               St. Petersburg, Florida 33702
               Phone: (727) 231-5420
               Fax:   (888) 503-2182
               **Attorney for Plaintiff**

## PLAINTIFF'S INTERROGATORIES TO DEFENDANT,

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

   Answer:

2. Identify all persons known to you or Defendant who have knowledge of facts relevant to this case, including but not limited to all persons interviewed by Defendant, by Defendant's counsel, or by any person cooperating with Defendant in the defense of this action, and state the subject matter of testimony, giving a brief description thereof, for each person you may call as a witness in this case.

   Answer:

3. For each person who has had any involvement in any manner in any efforts on Defendant's behalf to collect or attempt to collect any debt(s) purportedly owed to Defendant, state his/her name, position, work address and telephone numbers, and the nature and purpose of his/her involvement.

   Answer:

4. Identify the reasonable practices and procedures that Defendant has established and implemented to effectively prevent telephone solicitations in violation of the regulations prescribed under the Telephone Consumer Protection Act, as Defendant has alleged in Defendant's Eleventh Affirmative Defense in its Answer to the Complaint.

Answer:

5. Identify each person responsible for formulating, supervising, or enforcing Defendant's policies, procedures, and practices concerning Telephone Consumer Protection Act compliance.

Answer:

6. Identify the telephone dialing system that Defendant used to make calls to Plaintiff, including the type of equipment, location of the telephone dialing system, as well as the name and address of any individuals making any of the calls to Plaintiff.

Answer:

7. Identify all documents relevant, related to, or reflecting any aspect of any efforts undertaken by Defendant to collect any debt(s) from Plaintiff, or to any debt(s) purportedly owed by Plaintiff to Defendant.

   Answer:

8. Describe Defendant's procedure and policy with respect to the maintenance, preservation, and destruction of documents, stating in your Answer whether any documents or things relating to any information Requested in these interrogatories, or related in any way to this lawsuit, have ever been destroyed or are no longer in your custody. For each such document, please identify the document, how, when and why each document was destroyed or otherwise left your control, the identity of any person who participated in any way in the destruction and/or action for destroying the document or to transfer it out of your control or custody; and if the document still exists, identify the person now having control or custody of the document.

   Answer:

9. Identify all documents that Defendant alleges support any of its defenses in this lawsuit.

   Answer:

10. Identify all recordings Defendant has ever possessed in relation to the Plaintiff in this action.

    Answer:

11. State completely the factual basis of each defense, which Defendant now asserts or will assert in this action.

    Answer:

12. Describe the policy Defendant implements regarding the investigation of complaints it received about violations of the Telephone Consumer Protection Act during the previous three years.

    Answer:

13. Set forth a list of all lawsuits, within the last 3 years, alleging any violations of the Telephone Consumer Protection Act, filed against Defendant, any predecessor, successor, or affiliated entity of Defendant, or against any officer, director, manager, employee, contractor, or agent of Defendant, listing the name of the Plaintiff(s), Defendant(s), case number or designation, court where filed, date filed, disposition, date of disposition, and all actions taken by Defendant as a result.

    Answer:

14. Set forth a list of all complainants, within the last 3 years, including but not limited to individuals, businesses, offices of any federal agency, and/or offices of any state agency or any political subdivision thereof, who have made any type of complaints against Defendant, any predecessor or successor to Defendant, or against any officer, director, manager, employee or contractor of Defendant, complaining of any alleged violations of the TCPA, regardless of whether suit arose out of such complaints, fully identifying the complainant by name and address, telephone number, the nature of the complaint(s), the disposition, date of disposition and all actions taken by Defendant as a result.

    Answer:

15. If Defendant contends that the Telephone Consumer Protection Act does not apply to Defendant, or that the acts alleged in the Complaint are not covered or regulated by the Telephone Consumer Protection Act, describe fully all such contention(s) and the facts on which Defendant bases such contention(s) and state the source of this information.

    Answer:

16. Does Defendant contend any person or entity other than Defendant is, or may be liable, in whole or part for the claims asserted against Defendant in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for Defendant's contention, the facts or evidence upon which Defendant's contention is based, and whether or not Defendant has notified each such person or entity of Defendant's contention.

Answer:

17. Does Defendant intend to call any expert witness at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witness is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

Answer:

18. Has Defendant made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

Answer:

19. List all documents mentioned, used, or consulted to answer any Interrogatory, and indicate for which Interrogatory each document applies, and indicate for each document the title, date created, number of pages, and location of the original.

Answer:

DATED this _____ day of _____, 2016.

_____
MACY'S CREDIT OPERATIONS, INC.

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, personally appeared, _____, who is [ ] personally

known to me or [ ] produced _____ as identification, who after being

duly sworn deposes and says he/she has read the foregoing Answers to the foregoing

Interrogatories and that the same are true and correct to the best of his/her knowledge and belief.

Sworn to and subscribed before me this ____ day of _____, 2016.

_____
Notary Public                                                    Seal

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages____1____ through____5____ of the instrument filed in
this office. The original instrument filed contains ____5____
pages.
☑ This copy has no redactions.  ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this __7.11__ day of
__September__ 20 16
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By:
Deputy Clerk

Filing # 44011065 E-Filed 07/15/2016 02:59:24 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,

     Plaintiff,

vs.                                     CASE NO.:

MACY'S CREDIT OPERATIONS, INC.,

     Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To each sheriff of said state:

     YOU ARE HEREBY COMMANDED to serve this Summons and copy of the Complaint or petition, in the above styled cause upon the Defendant:

Macy's Credit Operations, Inc.
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

     Each Defendant is hereby required to serve written defenses to said Complaint or Petition, on Plaintiff's attorney, whose name and address is:

Brian M. Hoag, Esquire
Hoag Law Firm, P.A.
375 83rd Ave N
St. Petersburg, FL 33702
(727) 231-5420; (727) 478-4569 (fax)

within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

     DATED on July ___, 2016.

                               As Clerk of the Court

                               _____

                               As Deputy Clerk

<u>IMPORTANT</u>

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint and 45 calendar days after this summons is served on you to file a written response to the attached production requests with the clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

<u>IMPORTANTE</u>

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defense, debe presenter su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisites legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficianas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo on que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su repuesta a la persona demuniada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

<u>IMPORTANT</u>

Des poursuites judiciaries ont ete enterprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici.  Si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risqué de perdre la cuase ainsi que vorre salaire, votre argent, et vos biens peuvent etre sisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet.  Si vous ne connaissez pas d'avocat vous pourriez telephone a un service de reference d'avocats ou a un bureau d'assistance juridique ( figurant a l'annuaire de telephones).

Si vous choisisez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme ci-dessous.

Brian M. Hoag, Esquire
Hoag Law Firm, P.A.
9800 Fourth Street North, Suite 402
St. Petersburg, FL 33702
(727) 231-5420; (727) 478-4569 (fax)



"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages ___1___ through ___3___ of the instrument filed in
this office. The original instrument filed contains ___3___
pages.
☐ This copy has no redactions. ☐ This copy has been
                                    redacted pursuant to law.
Witness my hand and official seal this ___14___ day of
_September_____, 20_16_."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By:
Deputy Clerk

## Sarasota County Receipt of Transaction

### Receipt #    2016073504

Karen E. Rushing
Clerk of the Circuit Court and County Comptroller
Sarasota County, FL
www.SarasotaClerk.com

**Received From:**
BRIAN M. HOAG

**On Behalf Of:**
HASKINS, JACKSON
375
83RD AVE N
ST PETERSBURG, FL 33702

On: 7/15/16  7:26 pm  By: aphommat
Transaction # 100473190

CaseNumber   2016 CA 003612 NC

**Judge   BRIAN A. ITEN**

**JACKSON HASKINS   *VS*   MACYS CREDIT OPERATIONS INC**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (CPL) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Total: | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |
| Grand Total: | 410.00 | 0.00 | 0.00 | 410.00 | 410.00 | 0.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| E-Portal | 16116059 | OK | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | | Payments Total: | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages____/____through____/____of the instrument filed in
this office. The original instrument filed contains ____/____
pages.
☑ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this __7 /__day of
_____, 20__
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By:
Deputy Clerk

Page 1 of 1

Filing # 44188349 E-Filed 07/20/2016 11:13:39 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of
pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the
Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See
instructions for completion.)

---

**I.    CASE STYLE**

(Name of Court)

Plaintiff Jackson Haskins

Case #: 2016-CA-003612 NC

Judge: Brica A. Ibn

vs.

Defendant Macy's Credit Operations Inc.

**II.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.)
If the most descriptive label is a subcategory (is indented under a broader
category), place an x in both the main category and subcategory boxes.

Condominium
Contracts and indebtedness
Eminent domain
Auto negligence
Negligence—other
   Business governance
   Business torts
   Environmental/Toxic tort
   Third party indemnification
   Construction defect
   Mass tort
   Negligent security
   Nursing home negligence
   Premises liability—commercial
   Premises liability—residential
Products liability
Real property/Mortgage foreclosure
   Commercial foreclosure $0 - $50,000
   Commercial foreclosure $50,001 - $249,999
   Commercial foreclosure $250,000 or more

Homestead residential foreclosure $0 - $50,000
Homestead residential foreclosure $50,001 - $249,999
Homestead residential foreclosure $250,000 or more
Nonhomestead residential foreclosure
   $0 - $50,000
Nonhomestead residential foreclosure
   $50,001 - $249,999
Nonhomestead residential foreclosure
   $250,000 or more
Other real property actions $0 - $50,000
Other real property actions $50,001 - $249,999
Other real property actions $250,000 or more
Professional malpractice
   Malpractice—business
   Malpractice—medical
   Malpractice—other professional
X Other
   Antitrust/Trade regulation
   Business transactions
   Constitutional challenge—statute or ordinance

**Filed  07/20/2016 11:22 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL**

| | | |
|---|---|---|
| ' Constitutional challenge—proposed amendment | | ' Libel/Slander |
| ' Corporate trusts | | ' Shareholder derivative action |
| ' Discrimination—employment or other | | ' Securities litigation |
| ' Insurance claims | | ' Trade secrets |
| ' Intellectual property | | ' Trust litigation |
| | | X Other civil matter |

**III.    REMEDIES SOUGHT** (check all that apply):
      ✓monetary;
      ' nonmonetary declaratory or injunctive relief;
      ' punitive

**IV.    NUMBER OF CAUSES OF ACTION: [ ]**
      (specify)_____ 3_____

**V.    IS THIS CASE A CLASS ACTION LAWSUIT?**
      ' yes
      ✓no

**VI.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ✓no
      ' yes If "yes," list all related cases by name, case number, and court.
      _____
      _____

**VII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ✓yes
      ' no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____         Fla. Bar # _012374_
      Attorney or party                                      (Bar # if attorney)

_____Brian M. Hoag_____         _7/20/16_
(type or print name)                                      Date

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages_____1_____ through_____2_____ of the instrument filed in
this office. The original instrument filed contains _____2_____
pages.
☑ This copy has no redactions. ❑ This copy has been
redacted pursuant to law.
Witness my hand and official seal this _7+1_ day of
_September_, 20_16_.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By:_____
Deputy Clerk

Filing # 44977283 E-Filed 08/09/2016 10:09:49 AM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,

     Plaintiff,

vs.                             CASE NO.:  2016-CA-003612 NC

MACY'S CREDIT OPERATIONS, INC.,

     Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To each sheriff of said state:

     YOU ARE HEREBY COMMANDED to serve this Summons and copy of the Complaint or petition, in the above styled cause upon the Defendant:

> Macy's Credit Operations, Inc.
> Corporation Service Company
> 1201 Hays Street
> Tallahassee, FL 32301-2525

     Each Defendant is hereby required to serve written defenses to said Complaint or Petition, on Plaintiff's attorney, whose name and address is:

> Brian M. Hoag, Esquire
> Hoag Law Firm, P.A.
> 375 83rd Ave N
> St. Petersburg, FL 33702
> (727) 231-5420; (727) 478-4569 (fax)

within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

DATED on August 8/9/2016 ___, 2016.

KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT

As Clerk of the Court

*N. Zacher*

As Deputy Clerk

If you cannot afford an attorney, contact GulfCoast Legal Services at (941)366-1746 or www.gulfcoastlegal.org or Legal Aid of Manasota at (941)366-0038. If you do not qualify for free legal assistance or do not know an attorney, you may call an attorney referral service (listed in the phone book), or contact the Florida Bar Lawyer Referral Service at (800)342-8011 or http://www.floridabar.org/divpgm/Ironline.nsf/wreferral6?OpenForm.

**Filed  08/09/2016 10:12 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL**

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint and 45 calendar days after this summons is served on you to file a written response to the attached production requests with the clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defense, debe presenter su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisites legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficianas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo on que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su repuesta a la persona demuniada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites judiciaries ont ete enterprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici. Si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risqué de perdre la cuase ainsi que vorre salaire, votre argent, et vos biens peuvent etre sisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet. Si vous ne connaissez pas d'avocat vous pourriez telephone a un service de reference d'avocats ou a un bureau d'assistance juridique ( figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme ci-dessous.

Brian M. Hoag, Esquire
Hoag Law Firm, P.A.
9800 Fourth Street North, Suite 402
St. Petersburg, FL 33702
(727) 231-5420; (727) 478-4569 (fax)

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages _____ through _____ of the instrument filed in
this office. The original instrument filed contains _____
pages.
☑ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this _____ day of
_____, 20 ___."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____
    Deputy Clerk

## Sarasota County Receipt of Transaction

### Receipt #     2016082122

Karen E. Rushing
Clerk of the Circuit Court and County Comptroller
Sarasota County, FL
www.SarasotaClerk.com

**Received From:**
BRIAN M. HOAG

**On Behalf Of:**
HASKINS, JACKSON
375
83RD AVE N
ST PETERSBURG, FL 33702

On: 8/9/16  6:42 pm  By: aphommat
Transaction # 100482328

CaseNumber   2016 CA 003612 NC

**Judge   BRIAN A. ITEN**

**JACKSON HASKINS   *VS*   MACYS CREDIT OPERATIONS INC**

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (CPL) COMPLAINT | 400.00 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| (SUMCIRE) SUMMONS CIRCUIT EFILED - REQUEST | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total: | 420.00 | 410.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| Grand Total: | 420.00 | 410.00 | 0.00 | 10.00 | 10.00 | 0.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| E-Portal | 16301526 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | Payments Total: | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |



"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages_____ through_____ of the instrument filed in
this office. The original instrument filed contains _____
pages.
☒ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this _____ day of
_____ 20___
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By:_____
Deputy Clerk

Page 1 of 1

Filing # 46095227 E-Filed 09/06/2016 04:01:12 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,                                  Case No. 2016 CA 003612 NC

      Plaintiff,

vs.

MACY'S CREDIT OPERATIONS, INC.,
a corporation,

      Defendant.
_____/

**NOTICE OF APPEARANCE**

    COMES NOW, Christopher W. Prusaski and Ryan C. Reinert of SHUTTS & BOWEN

LLP, and hereby enter an appearance on behalf of Defendant FDS Bank, improperly pled as

Macy's Credit Operations, Inc., in this matter and requests all papers in this action served on the

undersigned.

    Dated: September 6, 2016.

                                  /s/ Ryan C. Reinert
                                  Christopher W. Prusaski
                                  Florida Bar No. 121525
                                  SHUTTS & BOWEN LLP
                                  201 S. Biscayne Blvd., Suite 1500
                                  Miami, Florida 33131
                                  Telephone:  (305) 415-9453
                                  Facsimile:  (305) 415-9853
                                  E-Mail:      cprusaski@shutts.com

                                  -and-

                                  Ryan C. Reinert
                                  Florida Bar No. 81989
                                  SHUTTS & BOWEN LLP
                                  4301 W. Boy Scout Blvd., Suite 300
                                  Tampa, Florida 33607
                                  Telephone:   (813) 229-8900

MIADOCS 13580354 2

Facsimile:    (813) 229-8901
E-Mail:       rreinert@shutts.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2016., a true and correct copy of the foregoing Notice of Removal has been provided by ☐ First Class U.S. Mail Postage Prepaid: ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic Filing to: Brian M. Hoag, Esq., Hoag Law Firm, P.A., 375 83rd Ave. N, St. Petersburg, FL 33702.

*/s/ Ryan C. Reinert*
Attorney



MIADOCS 13580354 2 2

"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages_____ through_____ of the instrument filed in
this office. The original instrument filed contains_____
pages.
☑ This copy has no redactions.  ☐ This copy has been
                                    redacted pursuant to law.
Witness my hand and official seal this _____ day of
_____ 20___.
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____
    Deputy Clerk

Filing # 46095227 E-Filed 09/06/2016 04:01:12 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

JACKSON HASKINS,                              Case No. 2016 CA 003612 NC

     Plaintiff,

vs.

MACY'S CREDIT OPERATIONS, INC.,
a corporation,

     Defendant.
_____/

## DEFENDANT'S MOTION FOR AN EXTENSION
## OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

     Defendant FDS Bank, improperly pled as Macy's Credit Operations, Inc.("Defendant"),
by and through its undersigned counsel, hereby moves this Court for an additional twenty-one
(21) days to and including September 22, 2016, within which to respond to the Complaint so as
to allow for further investigation of the allegations (the "Motion"). In support of this Motion,
Defendant states:

     1.    On or about July 15, 2016, Plaintiff, Jackson Haskins ("Plaintiff"), commenced
this action by filing the Complaint.

     2.    On or about August 15, 2016, Defendant was served with a copy of the
Complaint.

     3.    By filing this Motion, Defendant does not waive any of its defenses, nor does it
submit or consent to the jurisdiction or venue as proper in this Court. The extension of
Defendant's response time is being sought in order to evaluate the claims asserted in Plaintiff's
Complaint.

MIADOCS 13580351 2

4.     This Motion is not being submitted for the purpose of unnecessary delay and granting this Motion will not cause prejudice to any party.

5.     No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, Defendant FDS Bank, improperly pled as Macy's Credit Operations, Inc., requests entry of an order extending the time within which to respond to the Complaint for an additional twenty-one (21) days to and including September 22, 2016, and granting such other relief as this Court deems just and proper.

Dated: September 6, 2016.

/s/ Ryan C. Reinert
Christopher W. Prusaski
Florida Bar No. 121525
SHUTTS & BOWEN LLP
201 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
Telephone:    (305) 415-9453
Facsimile:    (305) 415-9853
E-Mail:        cprusaski@shutts.com

-and-

Ryan C. Reinert
Florida Bar No. 81989
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone:    (813) 229-8900
Facsimile:    (813) 229-8901
E-Mail:        rreinert@shutts.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2016., a true and correct copy of the foregoing Notice of Removal has been provided by ☐ First Class U.S. Mail Postage Prepaid: ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic Filing to: Brian M. Hoag, Esq., Hoag Law Firm, P.A., 375 83rd Ave. N, St. Petersburg, FL 33702.

/s/ Ryan C. Reinert
Attorney



"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy of pages ___1___ through ___3___ of the instrument filed in this office. The original instrument filed contains ___3___ pages.
☒ This copy has no redactions. ☐ This copy has been redacted pursuant to law.
Witness my hand and official seal this _6th_ day of _September_ 20_16_."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____
Deputy Clerk