UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKSON HASKINS,
    Plaintiff,
v.
                                    CASE NO.: 8:16-cv-02589-EAK-MAP

MACY'S CREDIT OPERATIONS, INC.,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

    James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on December 6, 2016, attended by Brian M. Hoag, Esq., Mr. Jackson Haskins, Ryan C. Reinert, Esq. and Aahren DePalma, Esq., resulted in a complete settlement.

### Certificate of Service

    I hereby certify that on December 6, 2016 by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

    Brian M. Hoag, Esq.        Ryan C. Reinert, Esq.
    Fax: 1 (727) 478-4569      Fax: (813) 229-8901

*[signature]*

James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM